ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 2 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 2 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JUAN JOSE CAMPOS, | Case No. CV 13-09012 DSF (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| MONTGOMERY, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Dismissing Habeas Petition. All motions are denied as moot and terminated.

DATED:  December 20, 2013

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE